UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter 11 |
| **LITTLE K'S LANDSCAPING, LLC,** | Case No. 23-30267 (JAM) |
| Debtor. | RE: ECF No. 58 |

### ORDER ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE

This matter having been brought, upon proper notice, before the Court upon the Motion of the United States Trustee requesting an order either Dismissing the Chapter 11 case of Little K's Landscaping, LLC or, alternatively, converting the case to one under Chapter 7, and after appropriate notice being given and after a hearing on Tuesday, October 24, 2023, and upon the consent of the Debtor and the SubChapter V Trustee, and for good cause shown, **IT IS HEREBY**

**ORDERED** that the Chapter 11 case of Little K's Landscaping, LLC is dismissed for cause pursuant to 11 U.S.C. § 1112(b)(4)(A), (F), and (J); and it is further

**ORDERED** that the Bankruptcy Court retains jurisdiction to hear and consider compensation and reimbursement of expenses application for the Debtor's professionals and the SubChapter V Trustee; and it is further

**ORDERED** that all compensation and reimbursement of expenses applications shall be filed no later than Friday, November 10, 2023, in order to be considered by the Court; and it is further

**ORDERED** that SubChapter V Trustee Miltenberger shall file his Trustee's Final Report on or before Friday, November 10, 2023, and upon the filing of that Trustee's Final Report, SubChapter V Trustee Miltenberger is discharged from his duties as trustee, and he is then authorized to cancel his bond, if any.

Dated at Bridgeport, Connecticut this 25th day of October, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut