ct92                                                                                                                                                12/2022

# United States Bankruptcy Court
# District of Connecticut



In re:

    Little K's Landscaping, LLC

Case Number: 23-30267

Chapter: 11

Debtor *

## ORDER DISCHARGING CHAPTER 11
## SUBCHAPTER V TRUSTEE AND CLOSING DISMISSED CASE

An order dismissing the case entered on October 25, 2023, see ECF No. 85. The Chapter 11 Subchapter V Trustee has filed the Final Report and Account pursuant to 11 U.S.C. § 1183(b)(1).

Therefore, it is hereby

**ORDERED:** Pursuant to 11 U.S.C. § 350(a), Timothy D. Miltenberger is discharged as the Chapter 11 Subchapter V Trustee of the estate of Little K's Landscaping, LLC; and it is further

**ORDERED:** The Chapter 11 Subchapter V case of Little K's Landscaping, LLC is hereby closed.

Dated: May 7, 2025

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.